IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD RUSSELL,

                Plaintiff,                Case No. 3:07 CV 3216

-vs-

                                              <u>JUDGMENT ENTRY</u>

NATIONAL AMUSEMENTS, INC.,

                Defendant.

KATZ, J.

    For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion for summary judgment (Doc. 33) is denied.

                                                                 S/ *David A. Katz*
                                                                 DAVID A. KATZ
                                                                 U. S. DISTRICT JUDGE